(February 22, 1977)

■ In the Matter of CAMBRIDGE & TAYLOR, Inc., Appellant, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Judgment, Supreme Court, New York County, entered on January 7, 1977, unanimously affirmed on the opinion of Helman, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Capozzoli, Lane and Markewich, JJ.